AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br>Samuel Sandoval, Jr.<br><br>*Defendant(s)* | Case No.  4:22-mj-286 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 26, 2022__ in the county of __Polk__ in the __Southern__ District of __Iowa__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with intent to distribute methamphetamine |

This criminal complaint is based on these facts:

See attached Affidavit

☐ Continued on the attached sheet.

*Complainant's signature*

Luke Valenta, Special Agent DNE
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☐ Sworn to before me by telephone or other reliable electronic means.

Date: 4/26/22

*Judge's signature*

City and state: Des Moines, Iowa

Stephen H. Locher, U.S. Magistrate Judge
*Printed name and title*